| | |
|---|---|
| 1 | Ellen A. Cirangle (SBN 164188) |
| | Daniel K. Slaughter (SBN 136725) |
| 2 | STEIN & LUBIN LLP |
| | Transamerica Pyramid |
| 3 | 600 Montgomery Street, 14th Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 981-0550 |
| | Facsimile: (415) 981-4343 |
| 5 | ecirangle@steinlubin.com |
| | dslaughter@steinlubin.com |
| 6 | |
| | Attorneys for Defendants |
| 7 | HARTFORD FINANCIAL SERVICES GROUP, |
| | HARTFORD FIRE INSURANCE COMPANY; |
| 8 | PROPERTY AND CASUALTY INSURANCE |
| | COMPANY OF HARTFORD; TWIN CITY FIRE |
| 9 | INSURANCE COMPANY HARTFORD |
| | UNDERWRITERS INSURANCE COMPANY; |
| 10 | HARTFORD INSURANCE COMPANY OF THE |
| | MIDWEST, HARTFORD CASUALTY |
| 11 | INSURANCE COMPANY; HARTFORD |
| | ACCIDENT AND INDEMNITY COMPANY; |
| 12 | HARTFORD SPECIALTY COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| | Jessica Cantrall, individually and on behalf of all others similarly situated and the general public, | Case No. CV12-01863 JSW |
| | | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| | Plaintiff, | |
| | v. | Date: July 20, 2012 |
| | | Time: 1:30 p.m. |
| | Hartford Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance Company; Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Specialty Company and Does 1 through 50 inclusive, | Place: Courtroom 11, 19th Floor |
| | | The Honorable Jeffrey S. White |
| | Defendants. | |

1

Case No. CV12-0183 JSW

STIPULATION AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

1       Plaintiff Jessica Cantrall ("Plaintiff"), on the one hand, and Defendants Hartford Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance Company; Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Specialty Company (collectively, "Defendants"), on the other hand, by and through their counsel of record, hereby stipulate as follows:

      WHEREAS, on April 13, 2012, Plaintiff filed this action against Defendants in the United States District Court Northern District of California.

      WHEREAS, Defendants have filed a Motion to Dismiss this entire action, which is currently set for September 14, 2012 at 9:00 a.m.;

      WHEREAS, the Initial Case Management Conference in this case is currently set for July 20, 2012 at 1:30 p.m.;

      WHEREAS, since the Motion, if granted, would dispose of the entire case, the parties, in the interest of efficiency and judicial economy, request that the Court continue the Case Management Conference until October 5, 2012 at 9:00 a.m., so that the parties and the Court do not prepare for and attend a Case Management Conference prior to such date that the Court rules on the dispositive motion.

      Accordingly, the parties stipulate to move the Initial Case Management Conference in this matter from July 20, 2012 to October 5, 2012 at 1:30 p.m.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: July 3, 2012 | STEIN & LUBIN LLP |
| 2 | | |
| 3 | | By: /s/ Ellen A. Cirangle |
| | | Ellen A. Cirangle |
| | | Attorneys for Defendants |
| 4 | | HARTFORD FINANCIAL SERVICES GROUP, HARTFORD FIRE INSURANCE COMPANY; |
| 5 | | PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; TWIN CITY FIRE |
| 6 | | INSURANCE COMPANY HARTFORD UNDERWRITERS INSURANCE COMPANY; |
| 7 | | HARTFORD INSURANCE COMPANY OF THE MIDWEST, HARTFORD CASUALTY |
| 8 | | INSURANCE COMPANY; HARTFORD ACCIDENT AND INDEMNITY COMPANY; |
| 9 | | HARTFORD SPECIALTY COMPANY |
| 10 | Dated: July 3, 2012 | GERAGOS & GERAGOS, APC |
| 11 | | By: /s/ Shelley Kaufmann |
| | | Shelley Kaufmann |
| 12 | | Attorney for Plaintiff |
| | | JESSICA CANTRALL |

Therefore, good cause appearing, IT IS ORDERED THAT the Case Management Conference in this matter shall be moved from July 20, 2012 to October 5, 2012.

Dated: July 5, 2012

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

3

Case No. CV12-0183 JSW

STIPULATION AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE