Ellen A. Cirangle (SBN 164188)
Daniel K. Slaughter (SBN 136725)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
ecirangle@steinlubin.com
dslaughter@steinlubin.com

Attorneys for Defendants
HARTFORD FINANCIAL SERVICES GROUP,
HARTFORD FIRE INSURANCE COMPANY;
PROPERTY AND CASUALTY INSURANCE
COMPANY OF HARTFORD; TWIN CITY FIRE
INSURANCE COMPANY HARTFORD
UNDERWRITERS INSURANCE COMPANY;
HARTFORD INSURANCE COMPANY OF THE
MIDWEST, HARTFORD CASUALTY
INSURANCE COMPANY; HARTFORD
ACCIDENT AND INDEMNITY COMPANY;
HARTFORD SPECIALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jessica Cantrall, individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>Hartford Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance Company; Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Specialty Company and Does 1 through 50 inclusive,<br><br>Defendants. | Case No. CV12-01863 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Date: July 20, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 11, 19th Floor<br><br>The Honorable Jeffrey S. White |

1  Plaintiff Jessica Cantrall ("Plaintiff"), on the one hand, and Defendants Hartford
2  Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance
3  Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance
4  Company; Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company;
5  Hartford Accident and Indemnity Company; Hartford Specialty Company (collectively,
6  "Defendants"), on the other hand, by and through their counsel of record, hereby stipulate as
7  follows:
8  WHEREAS, on April 13, 2012, Plaintiff filed this action against Defendants in the
9  United States District Court Northern District of California.
10  WHEREAS, Defendants have filed a Motion to Dismiss this entire action, which is
11  currently set for September 14, 2012 at 9:00 a.m.;
12  WHEREAS, the Initial Case Management Conference in this case is currently set
13  for July 20, 2012 at 1:30 p.m.;
14  WHEREAS, since the Motion, if granted, would dispose of the entire case, the
15  parties, in the interest of efficiency and judicial economy, request that the Court continue the Case
16  Management Conference until October 5, 2012 at 9:00 a.m., so that the parties and the Court do
17  not prepare for and attend a Case Management Conference prior to such date that the Court rules
18  on the dispositive motion.
19  Accordingly, the parties stipulate to move the Initial Case Management
20  Conference in this matter from July 20, 2012 to October 5, 2012 at 1:30 p.m.
21  **IT IS SO STIPULATED.**

Dated: July 3, 2012                                STEIN & LUBIN LLP

                                                   By: /s/ Ellen A. Cirangle
                                                   Ellen A. Cirangle
                                                   Attorneys for Defendants
                                                   HARTFORD FINANCIAL SERVICES GROUP,
                                                   HARTFORD FIRE INSURANCE COMPANY;
                                                   PROPERTY AND CASUALTY INSURANCE
                                                   COMPANY OF HARTFORD; TWIN CITY FIRE
                                                   INSURANCE COMPANY HARTFORD
                                                   UNDERWRITERS INSURANCE COMPANY;
                                                   HARTFORD INSURANCE COMPANY OF THE
                                                   MIDWEST, HARTFORD CASUALTY
                                                   INSURANCE COMPANY; HARTFORD
                                                   ACCIDENT AND INDEMNITY COMPANY;
                                                   HARTFORD SPECIALTY COMPANY

Dated: July 3, 2012                                GERAGOS & GERAGOS, APC

                                                   By: /s/ Shelley Kaufmann
                                                   Shelley Kaufmann
                                                   Attorney for Plaintiff
                                                   JESSICA CANTRALL

Therefore, good cause appearing, IT IS ORDERED THAT the Case Management Conference in this matter shall be moved from July 20, 2012 to October 5, 2012.

Dated: July 5, 2012

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE