```
 1  Ellen A. Cirangle (SBN 164188)
    Daniel K. Slaughter (SBN 136725)
 2  STEIN & LUBIN LLP
    Transamerica Pyramid
 3  600 Montgomery Street, 14th Floor
    San Francisco, CA 94111
 4  Telephone: (415) 981-0550
    Facsimile: (415) 981-4343
 5  ecirangle@steinlubin.com
    dslaughter@steinlubin.com
 6
    Attorneys for Defendants
 7  HARTFORD FINANCIAL SERVICES GROUP,
    HARTFORD FIRE INSURANCE COMPANY;
 8  PROPERTY AND CASUALTY INSURANCE
    COMPANY OF HARTFORD; TWIN CITY FIRE
 9  INSURANCE COMPANY HARTFORD
    UNDERWRITERS INSURANCE COMPANY;
10  HARTFORD INSURANCE COMPANY OF THE
    MIDWEST, HARTFORD CASUALTY
11  INSURANCE COMPANY; HARTFORD
    ACCIDENT AND INDEMNITY COMPANY;
12  HARTFORD SPECIALTY COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jessica Cantrall, individually and on behalf of all others similarly situated and the general public, Plaintiff,<br><br>v.<br><br>Hartford Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance Company; Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Specialty Company and Does 1 through 50 inclusive,<br><br>Defendants. | Case No. CV12-01863 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Proposed Date: September 28, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 11, 19th Floor<br><br>The Honorable Jeffrey S. White |

Plaintiff Jessica Cantrall ("Plaintiff"), on the one hand, and Defendants Hartford Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance Company; Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Specialty Company (collectively, "Defendants"), on the other hand, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on April 13, 2012, Plaintiff filed this action against Defendants in the United States District Court Northern District of California.

WHEREAS, Defendants have filed a Motion to Dismiss this entire action, which is currently set for September 14, 2012 at 9:00 a.m.;

WHEREAS, the Initial Case Management Conference in this case was previously set for July 20, 2012 at 1:30 p.m.;

WHEREAS, on July 3, 2012, Defendants filed a Stipulation and Proposed Order resetting the Case Management Conference to October 5, 2012 at 1:30 (Doc. 22), and the Court entered such Order on July 5, 2012, such that the Case Management Conference is now currently set for October 5, 2012 at 1:30 (Doc. 29).

WHEREAS, on July 3, 2012, Defendants filed the Stipulation and Proposed Order (Doc. 22) in error and without the approval and permission of Plaintiff's counsel. Plaintiff's counsel specifically communicated to Defendants' counsel that Plaintiff did not accept the language in the stipulation that was filed. Additionally, Plaintiff's counsel communicated they were not available on October 5, 212, but did state they would stipulate to move the Case Management Conference to September 28, 2012. Defendants edited the Stipulation and Proposed Order to request a date of September 28, 2012; however, Defendants filed the first draft of the stipulation, which Plaintiff's counsel had not approved. Defendants' filing was an inadvertent error. Defendants inadvertently filed the original draft stipulation, not the final stipulation that Plaintiff's had agreed to.

Accordingly, the parties stipulate to move the Initial Case Management Conference in this

2

Case No. CV12-0183 JSW

STIPULATION AND ~~PROPOSED~~ ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

matter from October 5, 2012 to September 28, 2012 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: July 5, 2012                                STEIN & LUBIN LLP

                                        By:  _____/S/_____
                                             Ellen A. Cirangle
                                             Attorneys for Defendants
                                             HARTFORD FINANCIAL SERVICES GROUP,
                                             HARTFORD FIRE INSURANCE COMPANY;
                                             PROPERTY AND CASUALTY INSURANCE
                                             COMPANY OF HARTFORD; TWIN CITY FIRE
                                             INSURANCE COMPANY HARTFORD
                                             UNDERWRITERS INSURANCE COMPANY;
                                             HARTFORD INSURANCE COMPANY OF THE
                                             MIDWEST, HARTFORD CASUALTY
                                             INSURANCE COMPANY; HARTFORD
                                             ACCIDENT AND INDEMNITY COMPANY;
                                             HARTFORD SPECIALTY COMPANY

Dated: July 5, 2012                                GERAGOS & GERAGOS, APC

                                        By:  _____/s/ Shelley Kaufman_____
                                             Shelley Kaufmann
                                             Attorney for Plaintiff
                                             JESSICA CANTRALL

Therefore, good cause appearing, IT IS ORDERED THAT the Case Management Conference in this matter shall be moved from October 5, 2012 to ~~September 28, 2012~~ October 12, 2012 at 1:30 p.m. to accommodate the Court's calendar.

Dated: July 6, 2012                         _____/s/ Jeffrey S. White_____
                                             HON. JEFFREY S. WHITE
                                             UNITED STATES DISTRICT COURT JUDGE

3                                                                   Case No. CV12-0183 JSW
STIPULATION AND ~~PROPOSED~~ ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE