| | |
|---|---|
| 1 | Ellen A. Cirangle (SBN 164188) |
| | Daniel K. Slaughter (SBN 136725) |
| 2 | STEIN & LUBIN LLP |
| | Transamerica Pyramid |
| 3 | 600 Montgomery Street, 14th Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 981-0550 |
| | Facsimile: (415) 981-4343 |
| 5 | ecirangle@steinlubin.com |
| | dslaughter@steinlubin.com |
| 6 | |
| | Attorneys for Defendants |
| 7 | HARTFORD FINANCIAL SERVICES GROUP, |
| | HARTFORD FIRE INSURANCE COMPANY; |
| 8 | PROPERTY AND CASUALTY INSURANCE |
| | COMPANY OF HARTFORD; TWIN CITY FIRE |
| 9 | INSURANCE COMPANY HARTFORD |
| | UNDERWRITERS INSURANCE COMPANY; |
| 10 | HARTFORD INSURANCE COMPANY OF THE |
| | MIDWEST, HARTFORD CASUALTY |
| 11 | INSURANCE COMPANY; HARTFORD |
| | ACCIDENT AND INDEMNITY COMPANY; |
| 12 | HARTFORD SPECIALTY COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jessica Cantrall, individually and on behalf of all others similarly situated and the general public, Plaintiff, <br><br> v. <br><br> Hartford Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance Company; Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Specialty Company and Does 1 through 50 inclusive, <br><br> Defendants. | Case No. CV12-01863 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** <br><br> Proposed Date: September 28, 2012 <br> Time: 1:30 p.m. <br> Place: Courtroom 11, 19th Floor <br><br> The Honorable Jeffrey S. White |

Plaintiff Jessica Cantrall ("Plaintiff"), on the one hand, and Defendants Hartford Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance Company; Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Specialty Company (collectively, "Defendants"), on the other hand, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on April 13, 2012, Plaintiff filed this action against Defendants in the United States District Court Northern District of California.

WHEREAS, Defendants have filed a Motion to Dismiss this entire action, which is currently set for September 14, 2012 at 9:00 a.m.;

WHEREAS, the Initial Case Management Conference in this case was previously set for July 20, 2012 at 1:30 p.m.;

WHEREAS, on July 3, 2012, Defendants filed a Stipulation and Proposed Order resetting the Case Management Conference to October 5, 2012 at 1:30 (Doc. 22), and the Court entered such Order on July 5, 2012, such that the Case Management Conference is now currently set for October 5, 2012 at 1:30 (Doc. 29).

WHEREAS, on July 3, 2012, Defendants filed the Stipulation and Proposed Order (Doc. 22) in error and without the approval and permission of Plaintiff's counsel. Plaintiff's counsel specifically communicated to Defendants' counsel that Plaintiff did not accept the language in the stipulation that was filed. Additionally, Plaintiff's counsel communicated they were not available on October 5, 212, but did state they would stipulate to move the Case Management Conference to September 28, 2012. Defendants edited the Stipulation and Proposed Order to request a date of September 28, 2012; however, Defendants filed the first draft of the stipulation, which Plaintiff's counsel had not approved. Defendants' filing was an inadvertent error. Defendants inadvertently filed the original draft stipulation, not the final stipulation that Plaintiff's had agreed to.

Accordingly, the parties stipulate to move the Initial Case Management Conference in this

2

Case No. CV12-0183 JSW

matter from October 5, 2012 to September 28, 2012 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: July 5, 2012    STEIN & LUBIN LLP

By: _____/S/_____
Ellen A. Cirangle
Attorneys for Defendants
HARTFORD FINANCIAL SERVICES GROUP,
HARTFORD FIRE INSURANCE COMPANY;
PROPERTY AND CASUALTY INSURANCE
COMPANY OF HARTFORD; TWIN CITY FIRE
INSURANCE COMPANY HARTFORD
UNDERWRITERS INSURANCE COMPANY;
HARTFORD INSURANCE COMPANY OF THE
MIDWEST, HARTFORD CASUALTY
INSURANCE COMPANY; HARTFORD
ACCIDENT AND INDEMNITY COMPANY;
HARTFORD SPECIALTY COMPANY

Dated: July 5, 2012    GERAGOS & GERAGOS, APC

By: _____[signature]_____
Shelley Kaufmann
Attorney for Plaintiff
JESSICA CANTRALL

Therefore, good cause appearing, IT IS ORDERED THAT the Case Management Conference in this matter shall be moved from October 5, 2012 to October 12, 2012 ~~September 28, 2012~~ at 1:30 p.m. to accommodate the Court's calendar.

Dated: July 6, 2012

_____[signature]_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE