United States District Court
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   JESSICA CANTRALL,

10          Plaintiff,                          No. C 12-01863 JSW

11   v.

12   HARTFORD FINANCIAL SERVICES        **ORDER DENYING STIPULATION**
     GROUP, ET AL.,                      **TO MODIFY SCHEDULE**
13                                        **WITHOUT PREJUDICE**
            Defendant.
14   _____/

15          The Court DENIES without prejudice the parties' joint stipulation regarding the briefing

16   schedule on Defendants' motion to dismiss for failure to demonstrate good cause.

17
18          **IT IS SO ORDERED.**

19
20
21   Dated:  July 11, 2012
     _____
22                                       JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28