IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSICA CANTRALL,

    Plaintiff,

v.

HARTFORD FINANCIAL SERVICES GROUP, ET AL.,

    Defendant.

No. C 12-01863 JSW

**ORDER DENYING STIPULATION TO MODIFY SCHEDULE WITHOUT PREJUDICE**

The Court DENIES without prejudice the parties' joint stipulation regarding the briefing schedule on Defendants' motion to dismiss for failure to demonstrate good cause.

**IT IS SO ORDERED.**

Dated: July 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE