1 | # GERAGOS & GERAGOS
2 | A PROFESSIONAL CORPORATION
  | LAWYERS
3 | 644 SOUTH FIGUEROA STREET
  | LOS ANGELES, CALIFORNIA 90017-3411
  | TELEPHONE (213) 625-3900
  | FACSIMILE (213) 625-1600
4 | MARK J. GERAGOS SBN 108325
  | SHELLEY KAUFMAN SBN 100696
5 | BENJAMIN MEISELAS SBN 277412
6 | JOHN M. CLIMACO SBN 213224

7 | JOHN R. CLIMACO
  | JOHN A. PECA
8 | DAVID M. CUPPAGE
  | SCOTT D. SIMPKINS
9 | CLIMACO, WILCOX, PECA, TARANTINO & GAROFOLI, CO., L.P.A.
  | 55 Public Square
10 | Suite 1950
  | Cleveland, Ohio 44113
11 | Phone: (216) 621-8484
  | Fax: (216) 771-1632
12
  | EDWARD W. COCHRAN
13 | 20030 Marchmont Road
  | Shaker Heights, Ohio 44122
14 | Phone: 216-751-5546
  | Fax: 216-751-6630
15
  | Attorneys for Plaintiff
16

17 | **UNITED STATES DISTRICT COURT**
18 | **NOTHERN DISTRICT OF CALIFORNIA**

19 | | |
--- | --- | ---
20 | Jessica Cantrall, individually and on behalf of all others similarly situated and the general public, | Case No. CV12-01863 JSW
21 | | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**
22 | vs. |
23 | Hartford Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance Company; Hartford Insurance Company of the Midwest; Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Specialty Company and Does 1 through 50, inclusive, |

- 1 -

Plaintiff Jessica Cantrall ("Plaintiff"), on the one hand, and Defendants Hartford Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance Company; Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Specialty Company (collectively, "Defendants"), on the other hand, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on April 13, 2012, Plaintiff filed this action against Defendants in the United States District Court Northern District of California (Doc. 1);

WHEREAS, on July 3, 2012, Defendants filed an Amended Notice of Motion and Motion to Dismiss Plaintiff's Complaint. The Motion is currently set to be heard on September 14, 2012 at 9:00 a.m. (Doc. 21);

WHEREAS, pursuant to Civil L.R. 7-3, Plaintiff's Opposition is due for submission on July 13, 2012, based upon the original filing date of the motion. Defendant's Reply is due for submission on July 20, 2012.

Defendants initially sought an additional two weeks in prepare their Motion to Dismiss until June 12, 2012, and then a second stipulation to file the Motion on June 29, 2012. At that time, because of the July 4th holiday, Defendants agreed that they would stipulate to an extension of time for Plaintiffs to file the opposition, if necessary. Initially, Plaintiffs believed that the opposition could be filed within the time frame of the service of the initial Motion; however Defendants indicated that they would require further time to submit their reply based upon vacation schedules of counsel.

1  As the Motion raises numerous issues and attaches multiple exhibits, Plaintiff
2 requires additional time to submit her opposition in light of the holiday week which
3 has caused some delay in preparing the opposition and various holiday schedules of
4 counsel involved in the preparation of the opposition.
5
6  Further, under the current briefing schedule Defendants' lead counsel will be
7 unavailable for four of the seven days Defendants have to prepare their reply brief due
8 to vacation.  Furthermore, additional counsel necessary to the preparation of the reply
9 will be out of the country from July 14 through 26.
10
11  WHEREAS, Plaintiff and Defendants each desire additional time to oppose and
12 reply to the Motion.  Based on this fact and based on the fact that Defendants' Notice
13 of Motion is set sufficiently in advance to permit an enlargement of the current
14 briefing schedule, the Parties hereby stipulate pursuant to Civil L.R. 6-2, and hereby
15 respectfully request the Court's permission to change the current briefing schedule
16 accordingly:
17 / / /
18 / / /
19
20
21
22
23
24
25
26
27
28

1  a)  The date for filing Plaintiff's Opposition to Defendant's Motion to Dismiss
2  be changed to July 23, 2012.
3  b)  The date for filing Defendants' Reply to Plaintiff's Opposition be changed
4  to August 9, 2012.
5  c)  The hearing on Defendants' Motion to Dismiss remains unchanged.

DATED:   July 11, 2012            GERAGOS & GERAGOS, APC

By:_____/S/_____
   SHELLEY KAUFMAN
   Attorneys for Plaintiff
   JESSICA CANTRALL


DATED:   July 11, 2012            STEIN & LUBIN LLP


By:_____/S/_____
   ELLEN A. CIRANGLE
   Attorneys for Defendants
   HARTFORD FINANCIAL SERVICES
   GROUP,  HARTFORD FIRE INSURANCE
   COMPANY; PROPERTY AND CASUALTY
   INSURANCE COMPANY OF HARTFORD;
   TWIN CITY FIRE INSURANCE
   COMPANY HARTFORD
   UNDERWRITERS INSURANCE
   COMPANY; HARTFORD INSURANCE
   COMPANY OF THE MIDWEST,
   HARTFORD CASUALTY INSURANCE
   COMPANY; HARTFORD ACCIDENT AND
   INDEMNITY COMPANY; HARTFORD
   SPECIALTY COMPANY

1  Therefore, good cause appearing, **IT IS ORDERED THAT**:
2  1. Plaintiff's Opposition to Defendants' Motion to Dismiss shall be due on July
3     23, 2012.
4  2. Defendants' Reply to Plaintiff's Opposition shall be due on August 9, 2012.
5  3. The hearing date on Defendants' Motion to Dismiss, currently set for
6     September 14, 2012 at 9:00 a.m. shall remain unchanged.

DATED: July 13, 2012

By: _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE