# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600

MARK J. GERAGOS SBN 108325
SHELLEY KAUFMAN SBN 100696
BENJAMIN MEISELAS SBN 277412
JOHN M. CLIMACO SBN 213224

JOHN R. CLIMACO
JOHN A. PECA
DAVID M. CUPPAGE
SCOTT D. SIMPKINS
CLIMACO, WILCOX, PECA, TARANTINO & GAROFOLI, CO., L.P.A.
55 Public Square
Suite 1950
Cleveland, Ohio 44113
Phone: (216) 621-8484
Fax: (216) 771-1632

EDWARD W. COCHRAN
20030 Marchmont Road
Shaker Heights, Ohio 44122
Phone: 216-751-5546
Fax: 216-751-6630

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Cantrall, individually and on behalf of all others similarly situated and the general public,<br><br>vs.<br><br>Hartford Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance Company; Hartford Insurance Company of the Midwest; Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Specialty Company and Does 1 through 50, inclusive, | Case No. CV12-01863 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

- 1 -

1     Plaintiff Jessica Cantrall ("Plaintiff"), on the one hand, and Defendants Hartford Financial Services Group, Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; Twin City Fire Insurance Company Hartford Underwriters Insurance Company; Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Specialty Company (collectively, "Defendants"), on the other hand, by and through their counsel of record, hereby stipulate as follows:

    WHEREAS, on April 13, 2012, Plaintiff filed this action against Defendants in the United States District Court Northern District of California (Doc. 1);

    WHEREAS, on July 3, 2012, Defendants filed an Amended Notice of Motion and Motion to Dismiss Plaintiff's Complaint. The Motion is currently set to be heard on September 14, 2012 at 9:00 a.m. (Doc. 21);

    WHEREAS, pursuant to Civil L.R. 7-3, Plaintiff's Opposition is due for submission on July 13, 2012, based upon the original filing date of the motion. Defendant's Reply is due for submission on July 20, 2012.

    Defendants initially sought an additional two weeks in prepare their Motion to Dismiss until June 12, 2012, and then a second stipulation to file the Motion on June 29, 2012. At that time, because of the July 4th holiday, Defendants agreed that they would stipulate to an extension of time for Plaintiffs to file the opposition, if necessary. Initially, Plaintiffs believed that the opposition could be filed within the time frame of the service of the initial Motion; however Defendants indicated that they would require further time to submit their reply based upon vacation schedules of counsel.

As the Motion raises numerous issues and attaches multiple exhibits, Plaintiff requires additional time to submit her opposition in light of the holiday week which has caused some delay in preparing the opposition and various holiday schedules of counsel involved in the preparation of the opposition.

Further, under the current briefing schedule Defendants' lead counsel will be unavailable for four of the seven days Defendants have to prepare their reply brief due to vacation. Furthermore, additional counsel necessary to the preparation of the reply will be out of the country from July 14 through 26.

WHEREAS, Plaintiff and Defendants each desire additional time to oppose and reply to the Motion. Based on this fact and based on the fact that Defendants' Notice of Motion is set sufficiently in advance to permit an enlargement of the current briefing schedule, the Parties hereby stipulate pursuant to Civil L.R. 6-2, and hereby respectfully request the Court's permission to change the current briefing schedule accordingly:

/ / /

/ / /

a) The date for filing Plaintiff's Opposition to Defendant's Motion to Dismiss be changed to July 23, 2012.

b) The date for filing Defendants' Reply to Plaintiff's Opposition be changed to August 9, 2012.

c) The hearing on Defendants' Motion to Dismiss remains unchanged.

DATED: July 11, 2012         GERAGOS & GERAGOS, APC

                             By:_____/S/_____
                                SHELLEY KAUFMAN
                                Attorneys for Plaintiff
                                JESSICA CANTRALL

DATED: July 11, 2012         STEIN & LUBIN LLP

                             By:_____/S/_____
                                ELLEN A. CIRANGLE
                                Attorneys for Defendants
                                HARTFORD FINANCIAL SERVICES
                                GROUP, HARTFORD FIRE INSURANCE
                                COMPANY; PROPERTY AND CASUALTY
                                INSURANCE COMPANY OF HARTFORD;
                                TWIN CITY FIRE INSURANCE
                                COMPANY HARTFORD
                                UNDERWRITERS INSURANCE
                                COMPANY; HARTFORD INSURANCE
                                COMPANY OF THE MIDWEST,
                                HARTFORD CASUALTY INSURANCE
                                COMPANY; HARTFORD ACCIDENT AND
                                INDEMNITY COMPANY; HARTFORD
                                SPECIALTY COMPANY

Therefore, good cause appearing, **IT IS ORDERED THAT**:

1. Plaintiff's Opposition to Defendants' Motion to Dismiss shall be due on July 23, 2012.
2. Defendants' Reply to Plaintiff's Opposition shall be due on August 9, 2012.
3. The hearing date on Defendants' Motion to Dismiss, currently set for September 14, 2012 at 9:00 a.m. shall remain unchanged.

DATED: July 13, 2012

By: _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE